UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHARINE J. MCPHERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03439-SEB-DLP |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, and | ) |
| FORUM CREDIT UNION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Plaintiff's Motion to Seal Exhibits (Dkt. 6). The Court, being duly advised, hereby **GRANTS** said Motion. Exhibit A (Dkt. 1-3), Exhibit C (Dkt. 1-5), Exhibit D (Dkt. 1-6), and Exhibit E (Dkt. 1-7) to Plaintiff's Complaint shall remain **SEALED**.

So ORDERED.

Date: 11/25/2018

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.